## United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
## 40 Foley Square
## New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: May 15, 2015
Docket #: 15-1595
Short Title: American University of Antigua v. Leeward Construction Company,

DC Docket #: 14-cv-8410
DC Court: SDNY (NEW YORK CITY)
DC Judge: Cote

## NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

\_\_\_\_   Record on Appeal - Certified List

\_\_\_\_   Record on Appeal - CD ROM

\_\_\_\_   Record on Appeal - Paper Documents

\_\_XX\_\_   Record on Appeal - Electronic Index

\_\_\_\_   Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8638.