

Activity in Case 1:14-cv-08410-DLC American University of Antigua College of Medicine v. Leeward Construction Company , Ltd. Appeal Record Sent to USCA - Electronic File

NYSD_ECF_Pool to: CourtMail                    05/14/2015 02:23 PM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 5/14/2015 at 2:22 PM EDT and filed on 5/14/2015

| | |
|---|---|
| **Case Name:** | American University of Antigua College of Medicine v. Leeward Construction Company, Ltd. |
| **Case Number:** | 1:14-cv-08410-DLC |
| **Filer:** | |
| **WARNING: CASE CLOSED on 05/05/2015** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [53] Notice of Appeal, filed by Leeward Construction Company, Ltd. were transmitted to the U.S. Court of Appeals. (tp)**

**1:14-cv-08410-DLC Notice has been electronically mailed to:**

Leonard Albert Sclafani l.a.s@mindspring.com

James M. Hirschhorn jhirschhorn@sillscummis.com, mtbell@sillscummis.com

Veronica Ann McMillan vamcmillan@lewisgreer.com

CLOSED,APPEAL,ECF,INTL−ARB

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:14−cv−08410−DLC

| | |
|---|---|
| American University of Antigua College of Medicine v. Leeward Construction Company, Ltd.<br>Assigned to: Judge Denise L. Cote<br>Cause: 09:201 Enforcement of Convention | Date Filed: 10/21/2014<br>Date Terminated: 05/05/2015<br>Jury Demand: None<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: Federal Question |

**Petitioner**

**American University of Antigua College of Medicine**

represented by **Leonard Albert Sclafani**
Law Offices of Leonard A. Sclafani, Esq.
One Battery Park Plaza, 33rd Fl.
New York, NY 10004
(212)−696−9880
Fax: (212)−949−6310
Email: l.a.s@mindspring.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Edward Reid**
Sills Cummis &Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
973−643−4411
Fax: 973−643−6500
Email: greid@sillscummis.com
*ATTORNEY TO BE NOTICED*

**James M. Hirschhorn**
Sills Cummis &Gross, P.C.(NY)
101 Park Ave, 28th Floor
New York, NY 00000
212−643−7000
Fax: 212−643−6500
Email: jhirschhorn@sillscummis.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Leeward Construction Company, Ltd.**

represented by **Veronica Ann McMillan**
Lewis &Greer, P.C( 510 Haight Ave)
510 Haight Avenue
Poughkeepsie, NY 12603
(845)−454−1200
Fax: (845)−454−3315
Email: vamcmillan@lewisgreer.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/21/2014 | 1 | PETITION TO CONFIRM ARBITRATION. (Filing Fee $ 350.00, Receipt Number 465401107626).Document filed by American University of Antigua College of Medicine.(moh) (Additional attachment(s) added on 10/30/2014: # 1 exh a 1, # 2 exh a 2, # 3 exh a part 3, # 4 exh a 4, # 5 exh a 5, # 6 b part 1, # 7 exh b part 2, # 8 exh b part 3, # 9 exh b part 4, # 10 exh b part 5, # 11 exh b part 6, # 12 exh b part 7, # 13 exh c, # 14 exh d, # 15 exh e, # 16 exh f) (laq). (Entered: |

| | | 10/24/2014) |
|---|---|---|
| 10/21/2014 | 2 | MEMORANDUM OF LAW in Support of Petition/Motion to Confirm Arbitration Award. Document filed by American University of Antigua College of Medicine. (moh) (laq). (Entered: 10/24/2014) |
| 10/21/2014 | | SUMMONS ISSUED as to Leeward Construction Company, Ltd.. (moh) (Entered: 10/24/2014) |
| 10/21/2014 | | CASE REFERRED TO Judge Lewis A. Kaplan as possibly related to 12cv6280. (moh) (Entered: 10/24/2014) |
| 10/21/2014 | | Case Designated ECF. (moh) (Entered: 10/24/2014) |
| 10/21/2014 | 3 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 12cv6280. Document filed by American University of Antigua College of Medicine.(moh) (laq). (Entered: 10/24/2014) |
| 10/21/2014 | 4 | CIVIL COVER SHEET filed. (moh) (laq). (Entered: 10/24/2014) |
| 10/21/2014 | | ***NOTE TO ATTORNEY TO E–MAIL PDF. Note to Attorney Leonard Albert Sclafani for noncompliance with Section 14.2 of the S.D.N.Y. Electronic Case Filing Rules &Instructions. E–MAIL the PDF for Document 1 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration to: caseopenings@nysd.uscourts.gov. (moh) (Entered: 10/29/2014) |
| 10/21/2014 | | ***NOTICE TO ATTORNEY TO SUBMIT PDF OF CIVIL COVER SHEET. Notice to Attorney Leonard Albert Sclafani, to submit PDF of the Civil Cover Sheet. Email a copy of Civil Cover Sheet to: caseopenings@nysd.uscourts.gov. (moh) (Entered: 10/29/2014) |
| 10/21/2014 | | ***NOTICE TO ATTORNEY TO SUBMIT RELATED CASE STATEMENT. Notice to Attorney Leonard Albert Sclafani, for noncompliance with Local Civil Rule 13 of the Rules for the Division of Business Among Judges. Attorney must submit Related Case Statement for filing. Send a hard copy of the Related Case Statement form to: Clerk's Office, Finance Unit, 500 Pearl Street, Room 120, New York, NY 10007 and send a PDF of the Related Case Statement form to caseopenings@nysd.uscourts.gov. (moh) (Entered: 10/29/2014) |
| 11/03/2014 | | CASE DECLINED AS NOT RELATED. Case referred as related to 12–cv–6280 and declined by Judge Lewis A. Kaplan and returned to wheel for assignment. (pgu) (Entered: 11/03/2014) |
| 11/03/2014 | | NOTICE OF CASE ASSIGNMENT to Judge Denise L. Cote. Judge Unassigned is no longer assigned to the case. (pgu) (Entered: 11/03/2014) |
| 11/03/2014 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (pgu) (Entered: 11/03/2014) |
| 11/07/2014 | 5 | ORDER: Plaintiff filed a complaint seeking confirmation and enforcement of an arbitration award on October 21, 2014. Service of the summons and complaint was made on the defendant on October 21, 2014. The defendant has not answered the complaint. Confirmation proceedings for arbitration awards are treated as akin to a motion for summary judgment. D.H. Blair &Co., Inc. v. Gottdiener, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby ORDERED that plaintiff shall file and serve any additional materials with which it intends to support its petition for confirmation by November 21, 2014. Defendants opposition, if any, is due on December 12, 2014. Plaintiffs reply, if any, is due on December 19, 2014.... (Signed by Judge Denise L. Cote on 11/6/2014) (gr) (Entered: 11/07/2014) |
| 11/13/2014 | 6 | NOTICE OF APPEARANCE by Veronica Ann McMillan on behalf of Leeward Construction Company, Ltd.. (McMillan, Veronica) (Entered: 11/13/2014) |
| 11/13/2014 | 7 | LETTER addressed to Judge Denise L. Cote from Veronica A. McMillan, Esq. dated November 13, 2014 re: Docket Entry No. 5 and Affidavit of Service of Petition to Confirm Award upon Leeward Construction Company, Ltd.. Document filed by Leeward Construction Company, Ltd..(McMillan, Veronica) (Entered: 11/13/2014) |

| 11/14/2014 | 8 | ORDER: An Order dated November 6, 2014 stated that [s]ervice of the summons and complaint was made on the defendant on October 21, 2014 and that [t]he defendant has not answered the complaint. By letter dated November 13, 2014, counsel for defendant Leeward Construction Company, Ltd. (Leeward) explained that [u]pon information and belief, based on advice from opposing counsel, Leeward was served with process in this matter... on or about October 31, 2014. Accordingly, it is hereby ORDERED that plaintiff shall file an affidavit of service. IT IS FURTHER ORDERED that the schedule set forth in the Order of November 6, 2014 remains in place. (Signed by Judge Denise L. Cote on 11/13/2014) (gr) (Entered: 11/14/2014) |
|---|---|---|
| 11/21/2014 | 9 | **FILING ERROR – WRONG PDF FILE ASSOCIATED WITH DOCKET ENTRY –** RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Manipal Education Americas, LLC for American University of Antigua College of Medicine. Document filed by American University of Antigua College of Medicine.(Sclafani, Leonard) Modified on 12/1/2014 (lb). (Entered: 11/21/2014) |
| 11/22/2014 | 10 | AFFIRMATION of Leonard A. Sclafani, Esq. in Support. Document filed by American University of Antigua College of Medicine. (Attachments: # 1 Exhibit Exhibit A to LAS affirmation in support of petition to confirm arbitration award–Leeward's motion to strike AUA's counterclaims, # 2 Ex 1 of Exhibit B to LAS Affirmation in support of petion to confirm, # 3 Ex 2 of Exhibit B to LAS affirmation in support of petition to confirm, # 4 Exhibit Ex 3 of Exhibit B to LAS affirmation in supporto of petition to confirm, # 5 Exhibit Ex 4 of Exhibit B to LAS affirmation in support of petition to confirm, # 6 Exhibit Ex 5 of Exhibit B to LAS affirmation in support of petition to confirm, # 7 Exhibit Ex 6 of Exhibit B to LAS affirmation in support of petition to confirm, # 8 Exhibit Ex 6 of Exhibit B to LAS affirmation in support of petition to confirm, # 9 Exhibit Ex 7 of Exhibit B to LAS affirmation in support of petition to confirm, # 10 Exhibit Ex 8 of Exhibit B to LAS affirmation in support of petition to confirm, # 11 Exhibit Ex 9 of Exhibit B to LAS affirmation in support of petition to confirm, # 12 Exhibit Ex 10 of Exhibit B to LAS affirmation in support of petition to confirm, # 13 Exhibit Ex 11 of Exhibit B to LAS affirmation in support of petition to confirm, # 14 Exhibit Ex 13 of Exhibit B to LAS affirmation in support of petition to confirm, # 15 Exhibit Ex 14 of Exhibit B to LAS affirmation in support of petition to confirm, # 16 Exhibit Ex 15 of Exhibit B to LAS affirmation in support of petition to confirm, # 17 Exhibit Ex 16 of Exhibit B to LAS affirmation in support of petition to confirm, # 18 Exhibit Ex 17 of Exhibit B to LAS affirmation in support of petition to confirm, # 19 Exhibit Ex 18 of Exhibit B to LAS affirmation in support of petition to confirm, # 20 Exhibit Ex 19 of Exhibit B to LAS affirmation in support of petition to confirm, # 21 Exhibit Ex 20 of Exhibit B to LAS affirmation in support of petition to confirm, # 22 Exhibit Ex 21 of Exhibit B to LAS affirmation in support of petition to confirm, # 23 Exhibit Ex 22 of Exhibit B to LAS affirmation in support of petition to confirm, # 24 Exhibit Ex 23 of Exhibit B to LAS affirmation in support of petition to confirm, # 25 Exhibit Ex 24 of Exhibit B to LAS affirmation in support of petition to confirm, # 26 Exhibit Ex 25 of Exhibit B to LAS affirmation in support of petition to confirm, # 27 Exhibit Ex 26 of Exhibit B to LAS affirmation in support of petition to confirm, # 28 Exhibit Ex 27 of Exhibit B to LAS affirmation in support of petition to confirm, # 29 Exhibit Ex 28 of Exhibit B to LAS affirmation in support of petition to confirm, # 30 Exhibit Ex 29 of Exhibit B to LAS affirmation in support of petition to confirm, # 31 Exhibit Ex 30 of Exhibit B to LAS affirmation in support of petition to confirm, # 32 Exhibit Ex 31 of Exhibit B to LAS affirmation in support of petition to confirm, # 33 Exhibit Ex 32 Exhibit B to LAS affirmation in support of petition to confirm, # 34 Exhibit Ex 33 of Exhibit B to LAS affirmation in support of petition to confirm, # 35 Exhibit Ex 34 of Exhibit B to LAS affirmation in support of petition to confirm, # 36 Exhibit Ex 35 of Exhibit B to LAS affirmation in support of petition to confirm, # 37 Exhibit Ex 36 of Exhibit B to LAS affirmation in support of petition to confirm, # 38 Exhibit Ex 37 of Exhibit B to LAS affirmation in support of petition to confirm, # 39 Exhibit Ex 38 of Exhibit B to LAS affirmation in support of petition to confirm, # 40 Exhibit Ex 39 of Exhibit B to LAS affirmation in support of petition to confirm, # 41 Exhibit Ex 40 of Exhibit B to LAS affirmation in support of petition to confirm, # 42 Exhibit Ex 41 of Exhibit B to LAS affirmation in support of petition to confirm, # 43 Exhibit Ex 42 of Exhibit B |

| | | |
|---|---|---|
| | | to LAS affirmation in support of petition to confirm, #_44 Exhibit Ex 43 of Exhibit B to LAS affirmation in support of petition to confirm, #_45 Exhibit Ex 44 of Exhibit B to LAS affirmation in support of petition to confirm, #_46 Exhibit Ex 45 of Exhibit B to LAS affirmation in support of petition to confirm, #_47 Exhibit Ex 46 of Exhibit B to LAS affirmation in support of petition to confirm, #_48 Exhibit Ex 47 of Exhibit B to LAS affirmation in support of petition to confirm, #_49 Exhibit Ex 48 of Exhibit B to LAS affirmation in support of petition to confirm, # 50 Exhibit Ex 49 of Exhibit B to LAS affirmation in support of petition to confirm, #_51 Exhibit Ex 50 of Exhibit B to LAS affirmation in support of petition to confirm, #_52 Exhibit Ex 51 of Exhibit B to LAS affirmation in support of petition to confirm, #_53 Exhibit Ex 52 of Exhibit B to LAS affirmation in support of petition to confirm, #_54 Exhibit Ex 53 of Exhibit B to LAS affirmation in support of petition to confirm, #_55 Exhibit Ex 54 of Exhibit B to LAS affirmation in support of petition to confirm, #_56 Exhibit Ex 55 of Exhibit B to LAS affirmation in support of petition to confirm, #_57 Exhibit Ex 56 of Exhibit B to LAS affirmation in support of petition to confirm, #_58 Exhibit Ex 57 of Exhibit B to LAS affirmation in support of petition to confirm, #_59 Exhibit Ex 58 of Exhibit B to LAS affirmation in support of petition to confirm, #_60 Exhibit Ex 59 of Exhibit B to LAS affirmation in support of petition to confirm, #_61 Exhibit Ex 60 of Exhibit B to LAS affirmation in support of petition to confirm, #_62 Exhibit Ex 61 of Exhibit B to LAS affirmation in support of petition to confirm, #_63 Exhibit Ex 62 of Exhibit B to LAS affirmation in support of petition to confirm, #_64 Exhibit Ex 63 of Exhibit B to LAS affirmation in support of petition to confirm, #_65 Exhibit Ex 64 of Exhibit B to LAS affirmation in support of petition to confirm, # 66 Exhibit Ex 65 of Exhibit B to LAS affirmation in support of petition to confirm)(Sclafani, Leonard) (Entered: 11/22/2014) |
| 11/22/2014 | 11 | AFFIRMATION of Leonard A. Sclafani, Esq. in Support. Document filed by American University of Antigua College of Medicine. (Attachments: #_1 Exhibit Exhibit G to LAS affirmation in support of petition to confirm−Leeward's reply memo w/o duplicative exhibits)(Sclafani, Leonard) (Entered: 11/22/2014) |
| 11/22/2014 | 12 | AFFIRMATION of Leonard A. Sclafani, Esq. in Support re: 10 Affirmation in Support,,,,,,,,,,,,,,,,,,,,,,,. Document filed by American University of Antigua College of Medicine. (Attachments: #_1 Exhibit Exhibit C to LAS affirmation in support of petition to confirm arbitration award−AUA Memorandum of Law in opposition to Leeward's motion and in support of AUA's cross−motion to strike Leeward's claim and defenses and for judgment on AUA's ABST sounterclaimsclaims)(Sclafani, Leonard) (Entered: 11/22/2014) |
| 11/22/2014 | 13 | AFFIRMATION of Leonard A. Sclafani, Esq. in Support re: 10 Affirmation in Support,,,,,,,,,,,,,,,,,,,,,,,. Document filed by American University of Antigua College of Medicine. (Attachments: #_1 Exhibit Exhibit D to LAS affirmation in support of petition to confirm arbitration award−Neal Simon Affirmation in oppostion to Leeward's motion and in support of AUA's motion to strike Leeward's claim and defenses and for an award on AUA's ABST Counterclaims, #_2 Exhibit Exhibit A of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #_3 Exhibit Exhibit B of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #_4 Exhibit Exhibit C of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #_5 Exhibit Exhibit D of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #_6 Exhibit Exhibit E of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #_7 Exhibit Exhibit F of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #_8 Exhibit Exhibit G of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #_9 Exhibit Exhibit H of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #_10 Exhibit Exhibit I of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of |

| | | |
|---|---|---|
| | | AUA's cross−motion, #11 Exhibit Exhibit J of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #12 Exhibit Exhibit K of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #13 Exhibit Exhibit L of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #14 Exhibit Exhibit M of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #15 Exhibit Exhibit N of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #16 Exhibit Exhibit A of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motioO, #17 Exhibit Exhibit P of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #18 Exhibit Exhibit Q of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #19 Exhibit Exhibit R of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #20 Exhibit Exhibit S of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #21 Exhibit Exhibit T of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #22 Exhibit Exhibit U of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #23 Exhibit Exhibit V of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #24 Exhibit Exhibit W of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #25 Exhibit Exhibit X of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #26 Exhibit Exhibit Y of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #27 Exhibit Exhibit Z of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #28 Exhibit Exhibit AA of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #29 Exhibit Exhibit BB of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #30 Exhibit Schedule 1 of Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion, #31 Appendix List of Exhibits to f Exhibit D to LAS affirmation in support of petition−Simon Affirmation in opposition to Leeward's motion and in support of AUA's cross−motion)(Sclafani, Leonard) (Entered: 11/22/2014) |
| 11/22/2014 | 14 | AFFIRMATION of Leonard A. Sclafani, Esq. in Support re:10 Affirmation in Support,,,,,,,,,,,,,,,,,,,,,... Document filed by American University of Antigua College of Medicine. (Attachments: #1 Exhibit Exhibit E to LAS affirmation in support of Petition – Supplemental affirmation of Neal Simon in furhter support of AUA's cross−motion and in opposition to Leeward's motion)(Sclafani, Leonard) (Entered: 11/22/2014) |
| 11/22/2014 | 15 | AFFIRMATION of Leonard A. Sclafani, Esq. in Support re:10 Affirmation in Support,,,,,,,,,,,,,,,,,,,,,... Document filed by American University of Antigua College of Medicine. (Attachments: #1 Exhibit Exhibit F of LAS affirmation in support of petition− Douglas McLaren Affirmation)(Sclafani, Leonard) (Entered: 11/22/2014) |
| 11/22/2014 | 16 | AFFIRMATION of Leonard A. Sclafani, Esq. in Support re:10 Affirmation in Support,,,,,,,,,,,,,,,,,,,,,... Document filed by American University of Antigua College of Medicine. (Attachments: #1 Exhibit Exhibit G to LAS affirmation in support of petition−Leeward Reply Memorandum w/o duplicative exhibits)(Sclafani, Leonard) (Entered: 11/22/2014) |

| 11/22/2014 | 17 | AFFIRMATION of Leonard A. Sclafani, Esq. in Support. Document filed by American University of Antigua College of Medicine. (Attachments: # 1 Exhibit Exhibit H to LAS affirmation in support of petition–Supplemental affirmation of Deputy Commissioner Douglas McLaren)(Sclafani, Leonard) (Entered: 11/22/2014) |
|---|---|---|
| 11/22/2014 | 18 | AFFIRMATION of Leonard A. Sclafani, Esq. in Support re: 10 Affirmation in Support,,,,,,,,,,,,,,,,,,,,,,.. Document filed by American University of Antigua College of Medicine. (Attachments: # 1 Exhibit Exhibit H to LAS affirmation in support of petition–AUA's Reply Memorandum in further support of its cross–motion and in oppotion to Leeward's motion, # 2 Exhibit Exhibit J to LAS affirmation in support of Petition–Exhibit CC to AUA's Reply in further support of its cross–motion and in further oppostion to Leeward's motion)(Sclafani, Leonard) (Entered: 11/22/2014) |
| 12/01/2014 | | **\*\*\*NOTE TO ATTORNEY TO RE–FILE DOCUMENT – PDF ERROR. Note to Attorney Leonard Albert Sclafani to RE–FILE Document 9 Rule 7.1 Corporate Disclosure Statement. (PDF states No Corporate Parents) (lb)** (Entered: 12/01/2014) |
| 12/02/2014 | 19 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Manipal Education Americas, LLC, Other Affiliate Manipal Global Education Services Private Limited, Other Affiliate Mahipal Academic Serices Private Limited, Other Affiliate MEMG International Limited for American University of Antigua College of Medicine. Document filed by American University of Antigua College of Medicine.(Sclafani, Leonard) (Entered: 12/02/2014) |
| 12/02/2014 | 20 | AFFIDAVIT OF SERVICE of summons, notice of petition, petition, Memorandum of Law in support of petition, SDNY Statement of releatedness, Judge Lewis Kaplan's rules, SNDY Electronic Filing Rules and Instructions served on Leeward Construction Company, Ltd on November 24, 2014. Document filed by American University of Antigua College of Medicine. (Sclafani, Leonard) (Entered: 12/02/2014) |
| 12/11/2014 | 21 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Leeward Construction Company, Ltd..(McMillan, Veronica) (Entered: 12/11/2014) |
| 12/11/2014 | 22 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION to Vacate 1 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration, *Respondent's Notice of Cross–Motion to Deny Enforcement, Vacate or Modify Arbitration Award*. Document filed by Leeward Construction Company, Ltd.. (Attachments: # 1 Declaration of Veronica McMillan, # 2 Respondent's Memorandum of Law in Support of Cross–Motion to Deny Enforcement, Vacate and/or Modify and in Opposition to the Petition and Motion to Confirm Arbitration Award, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3–1, # 6 Exhibit 3–2, # 7 Exhibit 3–3, # 8 Exhibit 3–4, # 9 Exhibit 3–5, # 10 Exhibit 4, # 11 Exhibit 5, # 12 Exhibit 6, # 13 Exhibit 7, # 14 Exhibit 8, # 15 Exhibit 9–1, # 16 Exhibit 9–2, # 17 Exhibit 10, # 18 Exhibit 11–1, # 19 Exhibit 11–2, # 20 Exhibit 11–3, # 21 Exhibit 11–4, # 22 Exhibit 11–5, # 23 Exhibit 11–6, # 24 Exhibit 11–7, # 25 Exhibit 12, # 26 Exhibit 13)(McMillan, Veronica) Modified on 12/12/2014 (db). (Entered: 12/11/2014) |
| 12/12/2014 | | **\*\*\*NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Veronica Ann McMillan to RE–FILE Document 22 MOTION to Vacate 1 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration,** *Respondent's Notice of Cross–Motion to Deny Enforcement, Vacate or Modify Arbitration Award*. **ERROR(S): Supporting Documents are filed separately, each receiving their own document #. (db)** (Entered: 12/12/2014) |
| 12/12/2014 | 23 | MOTION to Vacate 1 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration, *Notice of Cross–Motion to Deny Enforcement, Vacate or Modify Arbitration Award*. Document filed by Leeward Construction Company, Ltd..(McMillan, Veronica) (Entered: 12/12/2014) |

| 12/12/2014 | 24 | DECLARATION of Veronica A. McMillan in Support re: 23 MOTION to Vacate 1 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration, *Notice of Cross−Motion to Deny Enforcement, Vacate or Modify Arbitration Award*.. Document filed by Leeward Construction Company, Ltd.. (McMillan, Veronica) (Entered: 12/12/2014) |
|---|---|---|
| 12/12/2014 | 25 | MEMORANDUM OF LAW in Support re: 23 MOTION to Vacate 1 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration, *Notice of Cross−Motion to Deny Enforcement, Vacate or Modify Arbitration Award. Respondent's Memorandum of Law in Support of Cross−Motion to Deny Enforcement*. Document filed by Leeward Construction Company, Ltd.. (McMillan, Veronica) (Entered: 12/12/2014) |
| 12/12/2014 | 26 | **FILING ERROR − ELECTRONIC FILING OF NON−ECF DOCUMENT −** MOTION to Vacate 25 Memorandum of Law in Support of Motion, *Exhibit 1 and Exhibit 2*. Document filed by Leeward Construction Company, Ltd.. (Attachments: # 1 Exhibit)(McMillan, Veronica) Modified on 12/15/2014 (db). (Entered: 12/12/2014) |
| 12/12/2014 | 27 | **FILING ERROR − ELECTRONIC FILING OF NON−ECF DOCUMENT −** MEMORANDUM OF LAW in Support re: 26 MOTION to Vacate 25 Memorandum of Law in Support of Motion, *Exhibit 1 and Exhibit 2. Exhibit 3*. Document filed by Leeward Construction Company, Ltd.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(McMillan, Veronica) Modified on 12/15/2014 (db). (Entered: 12/12/2014) |
| 12/12/2014 | 28 | **FILING ERROR − ELECTRONIC FILING OF NON−ECF DOCUMENT −** MEMORANDUM OF LAW in Support re: 26 MOTION to Vacate 25 Memorandum of Law in Support of Motion, *Exhibit 1 and Exhibit 2. Exhibit 4, Exhibit 5, Exhibit 6, Exhibit 7, Exhibit 8*. Document filed by Leeward Construction Company, Ltd.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(McMillan, Veronica) Modified on 12/15/2014 (db). (Entered: 12/12/2014) |
| 12/12/2014 | 29 | **FILING ERROR − ELECTRONIC FILING OF NON−ECF DOCUMENT −** MEMORANDUM OF LAW in Support re: 26 MOTION to Vacate 25 Memorandum of Law in Support of Motion, *Exhibit 1 and Exhibit 2. Exhibit 9*. Document filed by Leeward Construction Company, Ltd.. (Attachments: # 1 Exhibit)(McMillan, Veronica) Modified on 12/15/2014 (db). (Entered: 12/12/2014) |
| 12/12/2014 | 30 | **FILING ERROR − ELECTRONIC FILING OF NON−ECF DOCUMENT −** MEMORANDUM OF LAW in Support re: 26 MOTION to Vacate 25 Memorandum of Law in Support of Motion, *Exhibit 1 and Exhibit 2. Exhibit 10, Exhibit 11*. Document filed by Leeward Construction Company, Ltd.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit)(McMillan, Veronica) Modified on 12/15/2014 (db). (Entered: 12/12/2014) |
| 12/12/2014 | 31 | MEMORANDUM OF LAW in Support re: 26 MOTION to Vacate 25 Memorandum of Law in Support of Motion, *Exhibit 1 and Exhibit 2. Exhibit 12 and Exhibit 13*. Document filed by Leeward Construction Company, Ltd.. (Attachments: # 1 Exhibit)(McMillan, Veronica) (Entered: 12/12/2014) |
| 12/12/2014 | 32 | ORDER...On December 11, defendant filed a cross−application to deny enforcement....and an accompanying memorandum of law that serves both as opposition to plaintiffs application to confirm and enforce the award, and as support for defendants cross−application to deny, vacate, or modify the award. Accordingly, it is hereby ORDERED that plaintiffs December 19 reply, if any, shall also include plaintiffs opposition, if any, to defendants December 11 cross−application. IT IS FURTHER ORDERED that defendants reply, if any, to plaintiffs opposition, if any, to defendants December 11 cross−application is due by January 9, 2015. At the time defendants reply is served, the parties shall jointly submit two (2) courtesy copies of all application and cross−application papers to Chambers by mailing or delivering them to the United States Courthouse... (Signed by Judge Denise L. Cote on 12/12/2014) (gr) (Entered: 12/12/2014) |
| 12/12/2014 | 33 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 23 MOTION to Vacate 1 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration, Notice of |

| | | |
|---|---|---|
| | | Cross−Motion to Deny Enforcement, Vacate or Modify Arbitration Award. *Exhibit 1 and Exhibit 2. EXHIBITS.* Document filed by Leeward Construction Company, Ltd. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit)(McMillan, Veronica) Modified on 12/18/2014 (db). (Entered: 12/12/2014) |
| 12/19/2014 | 34 | MEMORANDUM OF LAW in Opposition re: 23 MOTION to Vacate 1 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration, *Notice of Cross−Motion to Deny Enforcement, Vacate or Modify Arbitration Award.,* 26 MOTION to Vacate 25 Memorandum of Law in Support of Motion, *Exhibit 1 and Exhibit 2.,* 22 MOTION to Vacate 1 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration, *Respondent's Notice of Cross−Motion to Deny Enforcement, Vacate or Modify Arbitration Award.* . Document filed by American University of Antigua College of Medicine. (Sclafani, Leonard) (Entered: 12/19/2014) |
| 01/09/2015 | 35 | REPLY MEMORANDUM OF LAW in Support re: 23 MOTION to Vacate 1 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration, *Notice of Cross−Motion to Deny Enforcement, Vacate or Modify Arbitration Award.* . Document filed by Leeward Construction Company, Ltd.. (McMillan, Veronica) (Entered: 01/09/2015) |
| 02/17/2015 | 36 | NOTICE OF APPEARANCE by James M. Hirschhorn on behalf of American University of Antigua College of Medicine. (Hirschhorn, James) (Entered: 02/17/2015) |
| 02/17/2015 | 37 | NOTICE OF APPEARANCE by Gregory Edward Reid on behalf of American University of Antigua College of Medicine. (Reid, Gregory) (Entered: 02/17/2015) |
| 02/17/2015 | 38 | MOTION for Attachment of Respondent Leeward's interest in the Corrected Amended Judgment entered on June 11, 2013 and the related supersedeas bond ., MOTION for Preliminary Injunction *enjoining Respondent Leeward from enforcing judgment*. Document filed by American University of Antigua College of Medicine.(Hirschhorn, James) (Entered: 02/17/2015) |
| 02/17/2015 | 39 | DECLARATION of of Leonard A. Sclafani in Support re: 38 MOTION for Attachment of Respondent Leeward's interest in the Corrected Amended Judgment entered on June 11, 2013 and the related supersedeas bond . MOTION for Preliminary Injunction *enjoining Respondent Leeward from enforcing judgment.*. Document filed by American University of Antigua College of Medicine. (Hirschhorn, James) (Entered: 02/17/2015) |
| 02/17/2015 | 40 | MEMORANDUM OF LAW in Support re: 38 MOTION for Attachment of Respondent Leeward's interest in the Corrected Amended Judgment entered on June 11, 2013 and the related supersedeas bond . MOTION for Preliminary Injunction *enjoining Respondent Leeward from enforcing judgment*. . Document filed by American University of Antigua College of Medicine. (Hirschhorn, James) (Entered: 02/17/2015) |
| 02/17/2015 | 41 | LETTER addressed to Judge Denise L. Cote from James M. Hirschhorn dated 02/17/2015 re: Petitioner's request for an expedited briefing schedule on its Motion for an Order of Attachment. Document filed by American University of Antigua College of Medicine.(Hirschhorn, James) (Entered: 02/17/2015) |
| 02/18/2015 | 42 | LETTER addressed to Judge Denise L. Cote from Veronica A. McMillan, Esq. dated 02/18/2015 re: Petitioner's Motion for an Order of Attachment and Related Relief. Document filed by Leeward Construction Company, Ltd..(McMillan, Veronica) (Entered: 02/18/2015) |
| 02/18/2015 | 43 | ORDER...that respondents opposition to the motion is due by March 6. Petitioners reply, if any, is due by March 13. At the time any reply is served, petitioner shall submit two (2) courtesy copies of all motion papers to Chambers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York, 10007. (Signed by Judge Denise L. Cote on 2/18/2015) (gr) (Entered: 02/18/2015) |

| 03/06/2015 | 44 | MEMORANDUM OF LAW in Opposition re: 38 MOTION for Attachment of Respondent Leeward's interest in the Corrected Amended Judgment entered on June 11, 2013 and the related supersedeas bond . MOTION for Preliminary Injunction *enjoining Respondent Leeward from enforcing judgment*. . Document filed by Leeward Construction Company, Ltd.. (McMillan, Veronica) (Entered: 03/06/2015) |
|---|---|---|
| 03/06/2015 | 45 | **FILING ERROR – DEFICIENT DOCKET ENTRY (SEE 47 Declaration) –** DECLARATION of Veronica A. McMillan in Opposition re: 38 MOTION for Attachment of Respondent Leeward's interest in the Corrected Amended Judgment entered on June 11, 2013 and the related supersedeas bond . MOTION for Preliminary Injunction *enjoining Respondent Leeward from enforcing judgment*.. Document filed by Leeward Construction Company, Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B part 1, # 3 Exhibit B part 2, # 4 Exhibit B part 3, # 5 Exhibit B part 4, # 6 Exhibit B part 5, # 7 Exhibit C part 1, # 8 Exhibit C part 2, # 9 Exhibit C part 3, # 10 Exhibit D, # 11 Exhibit E, # 12 Exhibit F, # 13 Exhibit G, # 14 Exhibit H, # 15 Exhibit I)(McMillan, Veronica) Modified on 3/13/2015 (db). (Entered: 03/06/2015) |
| 03/06/2015 | 46 | **FILING ERROR – DEFICIENT DOCKET ENTRY (SEE 47 Declaration) –** DECLARATION of Veronica A. McMillan in Opposition re: 38 MOTION for Attachment of Respondent Leeward's interest in the Corrected Amended Judgment entered on June 11, 2013 and the related supersedeas bond . MOTION for Preliminary Injunction *enjoining Respondent Leeward from enforcing judgment*.. Document filed by Leeward Construction Company, Ltd.. (McMillan, Veronica) Modified on 3/13/2015 (db). (Entered: 03/06/2015) |
| 03/09/2015 | 47 | DECLARATION of Veronica A. McMillan in Opposition re: 38 MOTION for Attachment of Respondent Leeward's interest in the Corrected Amended Judgment entered on June 11, 2013 and the related supersedeas bond . MOTION for Preliminary Injunction *enjoining Respondent Leeward from enforcing judgment*.. Document filed by Leeward Construction Company, Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B part 1, # 3 Exhibit B part 2, # 4 Exhibit B part 3, # 5 Exhibit B part 4, # 6 Exhibit B part 5, # 7 Exhibit C part 1, # 8 Exhibit C part 2, # 9 Exhibit C part 3, # 10 Exhibit D, # 11 Exhibit E, # 12 Exhibit F, # 13 Exhibit G, # 14 Exhibit H, # 15 Exhibit I)(McMillan, Veronica) (Entered: 03/09/2015) |
| 03/13/2015 | 48 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Denise L. Cote from James M. Hirschhorn dated 03/13/2015. Document filed by American University of Antigua College of Medicine.(Hirschhorn, James) (Entered: 03/13/2015) |
| 03/13/2015 | 49 | REPLY MEMORANDUM OF LAW in Support re: 38 MOTION for Attachment of Respondent Leeward's interest in the Corrected Amended Judgment entered on June 11, 2013 and the related supersedeas bond . MOTION for Preliminary Injunction *enjoining Respondent Leeward from enforcing judgment*. . Document filed by American University of Antigua College of Medicine. (Hirschhorn, James) (Entered: 03/13/2015) |
| 03/13/2015 | 50 | MEMO ENDORSEMENT granting Plaintiff's 48 Letter Motion for Leave to File Excess Pages. (Signed by Judge Denise L. Cote on 3/13/2015) (gr) (Entered: 03/13/2015) |
| 05/01/2015 | 51 | OPINION &ORDER #105487...American University of Antigua College of Medicine ("AUA") October 16, 2014 petition to confirm the Second Award is granted, and its motion for an order of attachment and preliminary injunction is denied as moot. Leeward Construction Company, Ltd.'s December 11, 2014 cross−motion to deny enforcement, vacate, or modify the arbitral award is denied. Accordingly, the Clerk of Court is directed to enter judgment in the amount of $1,338,712 and to close the case. (Signed by Judge Denise L. Cote on 5/1/2015) (gr) Modified on 5/6/2015 (ca). (Entered: 05/01/2015) |
| 05/01/2015 | | Transmission to Judgments and Orders Clerk. Transmitted re: 51 OPINION &ORDER to the Judgments and Orders Clerk. (gr) (Entered: 05/01/2015) |
| 05/05/2015 | 52 | CLERK'S JUDGMENT: It is, ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion &Order dated May 1, 2015, AUA's |

| | | |
|---|---|---|
| | | October 16, 2014 petition to confirm the Second Award is granted, and its motion for an order of attachment and preliminary injunction is denied as moot. Leeward's December 11, 2014 cross−motion to deny enforcement, vacate, or modify the arbitral award is denied; judgment is entered in the amount of $1,338,712; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 05/05/2015) (Attachments: #1 Right to Appeal, #2 Right to Appeal)(km) (Entered: 05/05/2015) |
| 05/14/2015 | 53 | NOTICE OF APPEAL from 52 Clerk's Judgment,,. Document filed by Leeward Construction Company, Ltd.. Filing fee $ 505.00, receipt number 0208−10922304. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (McMillan, Veronica) (Entered: 05/14/2015) |
| 05/14/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 53 Notice of Appeal. (tp) (Entered: 05/14/2015) |
| 05/14/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 53 Notice of Appeal, filed by Leeward Construction Company, Ltd. were transmitted to the U.S. Court of Appeals. (tp) (Entered: 05/14/2015) |