# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: American University of Antigua v. Leeward Construction Company      Docket No.: 15-1595

Lead Counsel of Record (name/firm) or Pro se Party (name): Veronica A. McMillan, Esq.

Appearance for (party/designation): Leeward Construction Company, Ltd., Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✔] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[✔] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
   Parties: _____
[ ] Incorrect. Please change the following parties' designations:
   Party                          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✔] Correct
[ ] Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____ Fax: _____
Email: _____

## RELATED CASES

[ ] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

[✔] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: Leeward Construction Company v. American University of Antigua, Docket No. 13-1708

## CERTIFICATION

I certify that ([✔]) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: Veronica A. McMillan, Esq.
   OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.