UNITED STATE APPEALS COURT
FOR THE SECOND CIRCUIT
-----------------------------------------------------------------X
AMERICAN UNIVERSITY OF ANTIGUA --
COLLEGE OF MEDICINE

                              Petitioner,

        -against-

LEEWARD CONSTRUCTION COMPANY, LTD.

                              Respondent.
-----------------------------------------------------------------x

**RULE 26.1(a)**
**DISCLOSURE**
**STATEMENT**

Docket No.: 15-1595

Pursuant to Federal Rules of Appellate Procedure Rule 26.1(a) and to enable Federal Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Leeward Construction Company, Ltd. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    None.

Dated: Poughkeepsie, New York
       May 26, 2015

                                                LEWIS & GREER, P.C.

                                 By: _____
                                         Veronica A. McMillan, Esq.
                                 **LEWIS & GREER, P.C.**
                                 *Attorney for Appellant,*
                                 *Leeward Construction Co., Ltd.*
                                 510 Haight Avenue, Suite 202
                                 Poughkeepsie, New York 12603
                                 Telephone: (845) 454-1200