United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **ROBERT A. KATZMANN** <br> **CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE** <br> **CLERK OF COURT** |

Date: May 26, 2015  
Docket #: 15-1595cv  
Short Title: American University of Antigua v. Leeward Construction Company,

DC Docket #: 14-cv-8410  
DC Court: SDNY (NEW YORK CITY)  
DC Judge: Cote

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8506.