UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-------------------------------------------------------------------X
AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE

       Petitioner/Appellee,    **APPELLANT'S PROPOSED**
                     **SCHEDULING**
 -against-                **NOTIFICATION**
                       Docket No. 15-1595
LEEWARD CONSTRUCTION COMPANY, LTD.,
.

       Respondent/Appellant.
-------------------------------------------------------------------X

   **PLEASE TAKE NOTICE**, that Respondent/Appellant Leeward Construction Company, Ltd. hereby requests that the Court set August 25, 2015, as the date by which the Joint Appendix and Appellant's opening Brief must be filed.

Dated: June 10, 2015
   Poughkeepsie, New York

                    YOURS, ETC.

                    Veronica A. McMillan, Esq.
                    **LEWIS & GREER, P.C.**
                    *Attorney for Appellant,*
                    *Leeward Construction Co. Ltd.*
                    510 Haight Avenue, Suite 202
                    P.O. Box 2990
                    Poughkeepsie, New York 12603
                    Telephone: (845) 454-1200
                    Email: vamcmillan@lewisgreer.com

To: Leonard A. Sclafani, Esq.      James M. Hirschorn, Esq.
   Sills Cummis & Gross, P.C.      Sills Cummis & Gross, P.C.
   *Attorney for Appellee,*         *Attorney for Appellee,*
   *American University of Antigua –*   *American University of Antigua –*
   *College of Medicine*         *College of Medicine*
   1 Riverfront Plaza          1 Riverfront Plaza
   Newark, New Jersey 07102      Newark, New Jersey 07102
   Email: las@lasattorneys.com     Email: jhirshhorn@sillscummis.com
   Telephone: (212) 696-9880      Telephone: (973) 643-7000

COURT
STATE OF NEW YORK, COUNTY OF                    Index No.            Year

AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE,

                                              Docket No. 15-1595
                    Petitioner/Appellee,

      -against-

LEEWARD CONSTRUCTION COMPANY, LTD.

                    Respondent/Appellant.

## APPELLANT'S PROPOSED SCHEDULING NOTIFICATION

LEWIS & GREER, P.C.
*Attorney(s) for* *Leeward Construction Company Ltd.*

*Office and Post Office Address, Telephone*

510 Haight Avenue, Suite 202
POUGHKEEPSIE, NEW YORK 12603
(845) 454-1200

To

Signature (Rule 130-1.1-a)
_____
Print name beneath

Service of a copy of the within is hereby admitted.
Dated: _____

Attorney(s) for

**PLEASE TAKE NOTICE:**

☐ **NOTICE OF ENTRY**

that the within is a *(certified) true copy of a*
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**

that an order                                             of which the within is a true copy
will be presented for settlement to the HON.            one of the judges of the
within named Court, at
on                                at                     M.

Dated,

                                            Yours, etc.

                                            LEWIS & GREER, P.C.