United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **ROBERT A. KATZMANN** <br> CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE** <br> CLERK OF COURT |

Date: June 10, 2015  
Docket #: 15-1595cv  
Short Title: American University of Antigua v. Leeward Construction Company,

DC Docket #: 14-cv-8410  
DC Court: SDNY (NEW YORK CITY)  
DC Judge: Cote

# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE DEFAULT NOTICE

Pursuant to Second Circuit Local Rule 12.3, the appellee's counsel Acknowledgment and Notice of Appearance was due on May 29, 2015. The Court has not received the Acknowledgment and Notice of Appearance on behalf of appellee's counsel.

If appellee's counsel does not file an Acknowledgment and Notice of Appearance within 14 days of the date of this notice, when the appeal is placed on the calendar, appellee's counsel will not be heard at oral argument except by permission of the Court.

Inquiries regarding this case may be directed to 212-857-8563.