UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of June, two thousand and fifteen,

_____

| | |
|---|---|
| American University of Antigua College of Medicine, | **ORDER**<br>Docket No: 15-1595 |
| Petitioner - Appellee, | |
| v. | |
| Leeward Construction Company, Ltd., | |
| Respondent - Appellant. | |

_____

Counsel for for APPELLANT has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 25, 2015 as the brief filing date

It is HEREBY ORDERED that Appellant's brief must be filed on or before August 25, 2015. The appeal is dismissed effective August 25, 2015 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).]

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

