# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 13-1708cv, 15-1595cv

**Caption [use short title]**

**Motion for:** appeals to be heard in tandem

Leeward Construction Company, Ltd.
v.
American University of Antiuga - College of Medicine and Manipal Education Americas, LLC f/k/a GCLR, LLC

**Set forth below precise, complete statement of relief sought:**

An order granting movant's request that Docket Nos. 13-1708cv and 15-1595cv be heard in tandem as both appeals arise from the same set of facts and circumstances surrounding a single construction project.

**MOVING PARTY:** Leeward Construction Company, Ltd.
**OPPOSING PARTY:** American University of Antigua - College of Medicine

- [ ] Plaintiff
- [ ] Defendant
- [ ] Appellant/Petitioner
- [✓] Appellee/Respondent

**MOVING ATTORNEY:** Veronica A. McMillan, Esq.
**OPPOSING ATTORNEY:** Leonard A. Sclafani, Esq.
[name of attorney, with firm, address, phone number and e-mail]

Lewis & Greer, P.C., 510 Haight Avenue, Suite 202
Poughkeepsie, New York 12603; 845-454-1200
vamcmillan@lewisgreer.com

Law Offices of Leonard A. Sclafani, Esq., 1 Battery Park Plaza, 33rd Floor, New York, NY 10005; 212-696-9880
las@lasattorneys.com

**Court-Judge/Agency appealed from:** US District Court, Southern District of NY; Hon. Denise L. Cote and Hon. Lewis A. Kaplan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes [ ] No (explain):_____

Opposing counsel's position on motion:
[ ] Unopposed [✓] Opposed [ ] Don't Know

Does opposing counsel intend to file a response:
[✓] Yes [ ] No [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this Court? [ ] Yes [ ] No
Requested return date and explanation of emergency:_____

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [✓] Yes [ ] No If yes, enter date: 13-1708cv is scheduled for 08/20/2015

**Signature of Moving Attorney:** [signed]
**Date:** June 25, 2015
**Service by:** [✓] CM/ECF [ ] Other [Attach proof of service]

Form T-1080 (rev. 12-13)