**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**  **CATHERINE O'HAGAN WOLFE**
CHIEF JUDGE  CLERK OF COURT

Date: July 09, 2015  DC Docket #: 14-cv-8410
Docket #: 15-1595cv  DC Court: SDNY (NEW YORK CITY)
Short Title: American University of Antigua v.  DC Judge: Cote
Leeward Construction Company,

### ACKNOWLEDGMENT AND NOTICE OF APPEARANCE DEFAULT NOTICE

Pursuant to Second Circuit Local Rule 12.3, the appellee's counsel Acknowledgment and Notice of Appearance was due on 6/24/2015. The Court has not received the Acknowledgment and Notice of Appearance on behalf of appellee / respondent's counsel.

If appellee / respondent's counsel does not file an Acknowledgment and Notice of Appearance within 14 days of the date of this notice, when the appeal is placed on the calendar, appellee / respondent's counsel will not be heard at oral argument except by permission of the Court.

Inquiries regarding this case may be directed to 212-857-8563.