UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of July, two thousand and fifteen,

_____

| | |
|---|---|
| Leeward Construction Company, Ltd., <br> Petitioner - Appellee, | **ORDER** <br> Docket No. 13-1708 |
| v. | |
| American University of Antigua - College of Medicine, <br> Respondent - Appellant, | |
| Manipal Education Americas, LLC, FKA GCLR, LLC, <br> Respondent. | |

_____

| | |
|---|---|
| American University of Antigua College of Medicine, <br> Petitioner - Appellee, | Docket No. 15-1595 |
| v. | |
| Leeward Construction Company, Ltd., <br> Respondent - Appellant. | |

_____

    Leeward Construction Company, Ltd., has filed a motion for these appeals to be heard in tandem.

    IT IS HEREBY ORDERED that the motion is GRANTED. The oral argument in docket number 13-1708, set for August 20, 2015, is adjourned. Oral argument will be scheduled at a later date.

                                                         For The Court:

                                                          Catherine O'Hagan Wolfe,
                                                          Clerk of Court

