# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: American University of Antigua v. Leeward Construction Co., Ltd    Docket No.: 15-1595

Lead Counsel of Record (name/firm) or Pro se Party (name): James M. Hirschhorn, Esq., Sills Cummis & Gross, P.C.
101 Park Avenue, New York, NY 10178
Appearance for (party/designation): American University of Antigua

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
[ ] Incorrect. Please change the following parties' designations:
    Party                            Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

## RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

[✓] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: Leeward Construction Co., Ltd. v. American University of Antigua - College of Medicine, Docket No. 13-1708

## CERTIFICATION

I certify that ([✓]) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: *[signature]*
Type or Print Name: James M. Hirschhorn
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.