# Sills Cummis & Gross
A Professional Corporation

101 Park Avenue
28th Floor
New York, New York 10178
Tel: (212) 643-7000
Fax (212) 643-6500

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

**James M. Hirschhorn**
Member
Admitted In NJ, NY, VA
Direct Dial: 973-643-5288
Email: jhirschhorn@sillscummis.com

600 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

September 17, 2015

By E-filing

Clerk, United States Court of Appeals
 for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: American University of Antigua v. Leeward Construction Co. Ltd, Docket No 15-1595

Dear Sir or Madam:

Pursuant to Local Rule 31.2, Respondent American University of Antigua requests that the date for filing its Brief be set for Monday, September 28, 2015. This date is within 91 days of the filing of Appellant's last brief.

Very truly yours,

James M. Hirschhorn

JMH
Encl.

cc: Veronica A. McMillan, Esq. (By E-filing)