# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **American University of Antigua v. Leeward Construction Company**  Docket No.: **14 cv 8410**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Leonard Albert Sclafani**

Firm: **Law Offices of Leonard A. Sclafani, Esq.**

Address: **1 Battery Park Plaza, 33rd fl., New York, New York 10004**

Telephone: **212-661-8899 ext. 187**  Fax:

E-mail: **las@lasattorneys.com**

Appearance for: **American University of Antigua**
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☒ Additional counsel (co-counsel with: **James Hirschorn, Sills, Cummis and Gross** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **June 24, 2015** OR

☐ I applied for admission on _____ .

Signature of Counsel: *[signature]*

Type or Print Name: **Leonard A. Sclafani, Esq.**

Case 15-1595, Document 80, 11/30/2015, 1652772, Page1 of 1