# United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
## 40 Foley Square
## New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: November 16, 2015
Docket #: 15-1595cv
Short Title: American University of Antigua v. Leeward Construction Company,

DC Docket #: 14-cv-8410
DC Court: SDNY (NEW YORK CITY)
DC Judge: Cote

## NOTICE OF HEARING DATE

**Argument Date/Time:** Thrusday, January 7, 2016 at 10:00 a.m.
**Location:** Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY, 10007, 17th Floor, Room 1703

**Time Allotment:**
American University of Antigua     8 minutes
Leeward Construction Compant, Ltd.     7 minutes

To be heard in Tandem with 13-1708-cv.

Counsel and non-incarcerated pro se litigants presenting oral argument must register with the courtroom deputy 30 minutes before argument.

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of argument. The Court will consider the motion or stipulation at the time of argument, and counsel's appearance is required with counsel prepared to argue the merits of the case. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.

-----------------------------------------------------------------------------------------------------------

**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se parties must submit the form in paper.**

Name of the Attorney/Pro Se presenting argument: Leonard A. Sclafani
Firm Name (if applicable): Sr. V.P. and General Counsel AUA
Current Telephone Number: 212-661-8899 ext 187

The above named attorney represents:
( ) Appellant/Petitioner    (x) Appellee-Respondent    ( ) Intervenor

Date: 1/4/16      Signature: _____

United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| ROBERT A. KATZMANN | CATHERINE O'HAGAN WOLFE |
| CHIEF JUDGE | CLERK OF COURT |

Date: November 16, 2015  
Docket #: 15–1595cv  
Short Title: American University of Antigua v. Leeward Construction Company,

DC Docket #: 14–cv–8410  
DC Court: SDNY (NEW YORK CITY)  
DC Judge: Cote

## NOTICE TO THE BAR

Offsite Video Argument. At this time the Court does not provide offsite video argument.

**Recording of Argument.** A CD of an argument may be purchased for $30 per CD by written request to the Clerk. The request should include the case name, the docket number and the date or oral argument. CDs will be delivered by first class mail unless the request instructs to hold for pick–up or requests Federal Express Service, in which case a Federal Express account number and envelope must be provided.

**Court Reporters.** Parties may arrange – at their own expense – for an official court reporter to transcribe argument from a copy of the hearing tape or to attend and transcribe the hearing directly. A party must first obtain written consent from opposing counsel – or move the Court for permission – to have the court reporter attend and transcribe the hearing and must provide the calendar clerk written notice, including the name, address and telephone number of the attending reporter and, if applicable, the reporting firm at least one week prior to the hearing date.

**Interpreter Services for the Hearing Impaired.** Counsel requiring sign interpreters or other hearing aids must submit a written notice to the Calendar Team at least one week before oral argument.

Inquiries regarding this case may be directed to .